**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AARON E. PARKER, Jacket #20168,
                       Plaintiff,

-against-

OFFICER PHILLIP FANTASIA,
                       Defendant.
-----------------------------------------------------------X

16 **CIVIL** 4265 (KMK)

**JUDGMENT**

ELECTRONICALLY FILED
DATE FILED: 12/4/2019

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 2, 2019, Defendant's motion for summary judgment is granted; judgment is entered for Defendant, and this case is closed.

**Dated:** New York, New York
        December 4, 2019

**RUBY J. KRAJICK**
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/4/2019